UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SONYA JONES COX, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
  v. )
         ) **CASE NO. 4:15-CV-137-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's objections [D.E. 23] to the M&R are OVERRULED, plaintiff's objections to the M&R are OVERRULED [D.E. 25], plaintiff's motion for judgment on the pleadings [D.E. 17] is GRANTED in part and DENIED in part, defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED in part and DENIED in part, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on September 2, 2016, and Copies To:**
                                                   (via CM/ECF Notice of Electronic Filing)
George C. Piemonte
Gabriel R. Deadwyler                        (via CM/ECF Notice of Electronic Filing)

DATE:                               JULIE RICHARDS JOHNSTON, CLERK
September 2, 2016               (By) /s/ Nicole Briggeman
                                      Deputy Clerk