UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SONYA JONES COX,                              )
                    Plaintiff,                )
                                              )    **JUDGMENT IN A CIVIL CASE**
        v.                                    )
                                              )    **CASE NO. 4:15-CV-137-D**
CAROLYN W. COLVIN, Acting Commissioner        )
of Social Security,                           )
                    Defendant.                )
                                              )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff should be awarded $5,146.74
in attorney's fees under the EAJA. The fee award is subject to offset of any debt plaintiff may owe to
the United States. The Acting Commissioner will determine whether plaintiff owes a debt to the
United States. If so, the debt will be satisfied first. If any funds remain, they will be made payable to
plaintiff and mailed to plaintiff's counsel. If the United States Department of the Treasury reports to
the Acting Commissioner that plaintiff does not owe a federal debt, the government will exercise its
discretion and honor an assignment of EAJA fees, and pay the awarded fees directly to plaintiff's
counsel. Plaintiff shall not file any additional petition pursuant to 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on January 24, 2017, and Copies To:**

George C. Piemonte                          (via CM/ECF electronic notification)
Gabriel R. Deadwyler                        (via CM/ECF electronic notification)

DATE:                                JULIE RICHARDS JOHNSTON, CLERK
January 24, 2017                     (By)  /s/ Nicole Briggeman
                                      Deputy Clerk